JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE NATALE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; DOE STORE MANAGERS I through X; DOE STORE EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; DOES EMPLOYEES I through X; ROE PROPERTY MANAGEMENT COMPANY XI through XX; ROE MAINTENANCE COMNPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS XXV through XXX, inclusive, jointly and severally,<br><br>Defendants. | Case No. 2:22-cv-01866-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 12 |

WHEREAS, the parties and their respective counsel participated in a private mediation at Advanced Resolution Management before the Honorable David Jones (Ret.) on July 19, 2023.which resulted in the parties agreeing upon a full and final settlement of this case and all claims contained in the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between JOSHUA P. BERRETT, ESQ., of BIGHORN LAW, as counsel for Plaintiff, CATHERINE NATALE, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., as counsel for Defendant, SMITH'S

CLAC 7548377.1

FOOD & DRUG CENTERS, INC., as follows:

1. That this case and all claims therein of Plaintiff CATHERINE NATALE against Defendant SMITH'S FOOD & DRUG CENTERS, INC. and all other Defendants, be dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. That any items on the Court's docket be vacated.

DATED this 28th day of July, 2023.

BIGHORN LAW

*/s/ Joshua P. Berrett*
JOSHUA P. BERRETT, ESQ.
Nevada Bar No. 12697
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada, 89032
*Attorneys for Plaintiff*
CATHERINE NATALE

DATED this 28th day of July, 2023.

COOPER LEVENSON, PA

*/s/ Jerry S. Busby*
JERRY S. BUSBY, ESQ.
Nevada Bar No. 1107
3016 W Charleston Blvd, #195
Las Vegas, Nevada 89102
*Attorneys for Defendant*
SMTIH'S FOOD & DRUG CENTERS, INC.

## ORDER

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS HEREBY ORDERED that T**HIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
July 31, 2023

CLAC 7548377.1